UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 23-20884-CIV-MORENO

EARTH WIND & FIRE IP, LLC, a California
limited liability company,

        Plaintiff,

vs.

SUBSTANTIAL MUSIC GROUP LLC, a
Wyoming and Georgia limited liability
company, and STELLAR
COMMUNICATIONS, INC., an Indiana
corporation,

        Defendants.
_____/

## ORDER SETTING HEARING FOR ORAL ARGUMENT

THIS CAUSE came before the Court upon Defendants' Motion for Partial Summary Judgment (**D.E. 40**) and Plaintiff's Motion for Summary Judgment (**D.E. 41**), both filed on **December 1, 2023.**

It is **ADJUDGED** that oral argument shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on Monday, **February 28, 2024 at 9:30 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of December 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record