UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EARTH, WIND, & FIRE IP, LLC            CASE NO.: 1:23-cv-20884-FAM

     Plaintiff,

v.

SUBSTANTIAL MUSIC GROUP LLC and STELLAR COMMUNICATIONS, INC.

_____/

## MEDIATION REPORT

COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case on December 6, 2023. All parties and counsel were present. The parties were unable to reach an agreement to settle.

                                               JAMS
                                               2500 N. Military Trail, Suite 200
                                               Boca Raton, FL 33431
                                               Tel:  (561) 393-9733
                                               Fax:  (561) 393-9707

                                               By:/s/Jeffrey Grubman_____
                                               Jeffrey S. Grubman

*Copies furnished to:*
    *All Parties*
    *Clerk of Court*
    *Presiding Judge*