UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20884-CIV-MORENO

EARTH WIND & FIRE IP, LLC,

      Plaintiff,

vs.

SUBSTANTIAL MUSIC GROUP LLC, and
STELLAR COMMUNICATIONS, INC.,

      Defendants.
_____/

## ORDER CONTINUING TRIAL

As agreed, upon in Open Court on **February 28, 2024**, it is

**ADJUDGED** that for good cause shown, the motion is as follows:

(1)    **Trial Date** – The trial is **CONTINUED** from the two-week period commencing **April 8, 2024**, to the two-week period commencing **May 28, 2024**, in Miami, Florida.

(2)    **Calendar Call** – Counsel must appear at the specially set Calendar Call which shall take place before the undersigned at the Wilkie D. Ferguson Federal Courthouse, 400 North Miami Avenue, Courtroom 12-2, Miami, Florida 33128, on **Tuesday, May 21, 2024, at 2:00 p.m.** At Calendar Call counsel may bring all matters relating to the scheduled trial date to the attention of the Court.

(3)    **PREVIOUS SCHEDULING ORDERS** – This Order shall supersede only the inconsistent provisions of previous Scheduling Orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 of February 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record