UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20884-CIV-MORENO

EARTH WIND & FIRE IP, LLC,

    Plaintiff,

vs.

SUBSTANTIAL MUSIC GROUP LLC, and
STELLAR COMMUNICATIONS, INC.,

    Defendants.
_____/

## ORDER STRIKING PLAINTIFF'S LATE DEMAND FOR JURY TRIAL

THIS CAUSE came before the Court upon Plaintiff's Answer to Defendants' Counterclaim (**D.E. 75**), filed on **February 23, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ADJUDGED** that the motion is **STRICKEN**.

Plaintiff's Answer on February 23, 2024, did not revive its right to demand a jury trial under Rule 38. Under that rule, a party may demand a jury trial on "any issue triable of right by a jury . . . no later than 14 days after the last pleading directed to the issue is served." Fed. R. Civ. P. 38(b)(1). "A party may, however, waive this right by failing to make a timely demand upon the courts." *Herrera v. 7R Charter Ltd.*, No. 21-11766, 2022 U.S. App. LEXIS 295 (11th Cir. Jan. 5, 2022) (citing *LaMarca v. Turner*, 995 F.2d 1526, 1545 (11th Cir. 1993)). "Such waivers apply only to the issues raised by the pleadings; subsequent amendments to the pleadings can raise 'new issues' for which the right to a jury remains." *Id.* Even so, "[a]mendments to pleadings . . . may contain new facts which do not create new issues triable by a jury." *Id.*

First, Plaintiff's latest Answer on February 23, 2024, does not add new issues of fact, nor does Plaintiff argue that it does. Plaintiff does not trigger a new deadline to file a demand for a jury trial under Rule 38(b).

Importantly, while courts must balance a host of factors when considering Rule 39(b) motions, considerable weight is given to the movant's excuse for failing to make a timely jury request. *See Parrott v. Wilson*, 707 F.2d 1262, 1267 (11th Cir. 1983). Plaintiff did not provide a reason as to why it did not demand for a jury trial back in August when the initial Answer was filed. Plaintiff's Answer to Defendants' Counterclaim does not revive the right to demand a trial by jury.[1]

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th of March 2024.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

---

[1] The Court is open to impaneling an "advisory" jury.