UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**EARTH WIND & FIRE IP, LLC**,

    Plaintiff,

v.

Case No. 1:23-cv-20884-FAM

**SUBSTANTIAL MUSIC GROUP LLC**
and **STELLAR COMMUNICATIONS, INC.**,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT OF MONETARY CLAIMS

Pursuant to the Court's May 2, 2024 Order Keeping Trial Obligations (Doc. No. 86), Plaintiff, Earth Wind & Fire IP, LLC ("Plaintiff"), and Defendants Substantial Music Group LLC and Stellar Communications, Inc. ("Defendants"), by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement in principle related to the damages issues that remain to be tried before the Court in the referenced action. The parties are in the process of preparing documents that reflect their agreement on the damages issues and that should fully dispose of the damages issues that remained unresolved in this action. The parties anticipate that their settlement documents, including appropriate dismissals of their respective claims, counterclaims, and defenses, will be finalized for filing with the Court within the next thirty (30) days and ask that, in the interim, all pending deadlines be stayed to enable the parties to focus their efforts on finalizing the resolution of these discrete issues[1].

Dated: May 14, 2024                           Respectfully submitted,

*[signatures appear on next page]*

---

[1] The parties note that their Motion for Clarification as to Injunctive Language (Doc. No. 84) remains pending before the Court and is not resolved by settlement of the monetary claims described above.

<div style="display:flex">
<div>

Dated:  May 14, 2024

**RIMON, P.C.**

/s/Mark S. Lee
David I. Greenbaum
Florida Bar No. 1021400
Email: david.greenbaum@rimonlaw.com
Mark S. Lee (*admitted Pro Hac Vice*)
Email: mark.lee@rimonlaw.com
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
(646) 779-0787 – telephone

*Counsel for Plaintiff*

</div>
<div>

Respectfully submitted,

**FRIEDLAND VINING, P.A.**

/s/David K. Friedland
David K. Friedland
Florida Bar No. 833479
Email: dkf@friedlandvining.com
Jaime Rich Vining
Florida Bar No. 030932
Email: jrv@friedlandvining.com
6619 S. Dixie Highway, #157
Miami, FL 33143
(305) 777-1725 – telephone

*Counsel for Defendants*

</div>
</div>