UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20884-CIV-MORENO

EARTH WIND & FIRE IP, LLC,

    Plaintiff,

vs.

SUBSTANTIAL MUSIC GROUP LLC, and
STELLAR COMMUNICATIONS, INC.,

    Defendants.
_____/

**STIPULATED MONETARY JUDGMENT**

    THIS CAUSE came before the Court upon Joint Stipulation for Entry of Monetary Judgment **(D.E. 92)**, filed on <u>**May 17, 2024**</u>. THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, the Court hereby enters the following monetary judgment:

    It is **ADJUDGED** and **DECREED** that a monetary judgment be and is entered in favor of Earth, Wind & Fire IP, LLC, whose address is 1880 Century Park East, Ste. 1600, Los Angeles, CA 90066, and against Substantial Music Group LLC, a Wyoming limited liability company whose business addresses are 30 N Gould Street Ste 7001, Sheridan Wyoming 82801 and 1399 Conner Street, Noblesville, Indiana 46060, with a registered agent address of 369 Tipperary Dr. NE, Adairsville, Georgia 30103, and Stellar Communications, Inc., a Wyoming corporation whose address is 369 Tipperary Dr. NE, Adairsville, Georgia 30103, jointly and severally, in the amount of seven hundred fifty thousand dollars ($750,000.00), together with post-judgment interest at the legal rate from the date of entry of judgment until the judgment is paid in full.

This judgement does not affect the injunctive relief previously entered by the Court herein, and about which the parties have requested clarification by a joint motion. The Court will clarify its permanent injunction in a subsequent order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th of May 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record